# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Bk. Case No. 14-10603 (CSS) |
| MONEY CENTERS OF AMERICA, INC., | : | Bk. Adv. No. 16-51030 (CSS) |
| et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| Christopher M. Wolfington, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 19-1392-CFC |
| | : | Bankruptcy BAP No.19-46 |
| Andrew R. Vara, | : | |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **20th** day of **August, 2019.**

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on August 19, 2019 for an initial review and discussion with Appellant, who is pro se and counsel for Appellee to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process. Both parties agreed that mediation would not be appropriate

and advised that some initial efforts were previously made to see whether this matter could be resolved.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge