IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MONEY CENTERS OF AMERICA INC., et al.,<br><br>    Debtors.<br><br>_____<br>CHRISTOPHER M. WOLFINGTON,<br><br>    Appellant,<br><br>v.<br><br>ANDREW R. VARA,<br><br>    Appellee. | Chapter 11<br>Bk. No. 14-10603(CSS)<br>BAP No. 19-46<br><br><br><br><br><br><br><br><br>Civ. No. 19-1392-CFC |

**ORDER**

At Wilmington this 22nd day of August, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 23, 2019.**

2. Appellee's brief in opposition to the appeal is due on or before **October 23, 2019.**

3. Appellant's reply brief is due on or before **November 8, 2019.**

_____
United States District Judge